UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Wade Ervin Gangruth,             Court File No. 19-cv-2878 (PJS/LIB)

    Plaintiff,

vs.                                       ORDER ADOPTING
                                            REPORT AND RECOMMENDATION

City of Scanlong, et al.,

    Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants City of Scanlon, Marshall Johnson, Lori Stigers, James Pratt, Allan Wallin, Mike Berthiaume, and Scott Beodigheimer's Motion to Dismiss in Lieu of Answer, [Docket No. 11], is **GRANTED**;

2. Defendant Dennis Korman's Motion to Dismiss, [Docket No. 17], is **GRANTED**;

3. Plaintiff's Motion to Move Court for Summary Judgment, [Docket No. 44], is **STRICKEN as filed in error**; and

4. Plaintiff's Complaint, [Docket No. 1], in its entirety, is **DISMISSED with prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/20/20                                     _____
At Minneapolis, Minnesota                        Patrick J. Schiltz, Judge
                                                            United States District Court