UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| Wade Ervin Grangruth, | Court File No. 19-cv-2878 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| City of Scanlon, et al., | |
| Defendants. | |

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants City of Scanlon, Marshall Johnson, Lori Stigers, James Pratt, Allan Wallin, Mike Berthiaume, and Scott Beodigheimer's Motion to Dismiss in Lieu of Answer, [Docket No. 11], is **GRANTED**;

2. Defendant Dennis Korman's Motion to Dismiss, [Docket No. 17], is **GRANTED**;

3. Plaintiff's Motion to Move Court for Summary Judgment, [Docket No. 44], is **STRICKEN as filed in error**; and

4. Plaintiff's Complaint, [Docket No. 1], in its entirety, is **DISMISSED with prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/20/20
At Minneapolis, Minnesota

Patrick J. Schiltz, Judge
United States District Court